UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Norman Lombardo and
Kimberly Lombardo

                                 v.          Case No. 16-cv-160-SM

Federal National Mortgage Association
and Ditech Financial, LLC


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 15, 2016, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Defendant's Motion to Rescind Foreclosure Sale and Restore Mortgage is hereby denied without prejudice (document no. 17).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: December 13, 2016

cc:   Mary F. Stewart, Esq.
      Amy B. Hackett, Esq.
      David Himelfarb, Esq.